

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 2, 2019

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-6382

    Re:    *United States v. Dragomir Ceranic*, 19 Cr. 605 (VM)

Dear Judge Marrero:

    The Government respectfully submits the attached proposed discovery protective order for Your Honor's consideration. The Government has spoken with defense counsel, and the defendant does not object to the protective order.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    /s/
    Jason M. Swergold
    Assistant United States Attorney
    (212) 637-1023

**cc:**    Robert Baum, Esq.
    Ariel Werner, Esq.