# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
*Attorney-in-Charge*

March 30, 2020

<u>By ECF/Email</u>

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2020
```

Re:    <u>United States v.Dragomir Ceranic</u>, 19 Cr. 605 (VM)

Honorable Judge Marrero:

We write on behalf of our client Dragomir Ceranic, with the consent of the Government, and at the recommendation of U.S. Pretrial Officer Leo Barrios, to request that you modify Mr. Ceranic's bond by striking the condition of electronic monitoring. Mr. Ceranic has had no issues on pretrial release since his arrest in early September. He works as a truck driver in the food industry and is therefore an "essential employee" for purposes of our region's current COVID-19-related quarantine. Again, the Government joins in this request, which was prompted by Mr. Ceranic's Pretrial Officer. Thank you for your consideration.

Respectfully submitted,

/s/_____
Robert M. Baum
Ariel Werner
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8770

cc:    AUSA Jason Swergold

```
SO ORDERED.
3/31/2020
DATE                VICTOR MARRERO, U.S.D.J.
```