

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2020

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Dragomir Ceranic*, 19 Cr. 605 (VM)

Dear Judge Marrero:

The Government respectfully submits this letter on behalf of both parties to request an adjournment of the pretrial conference currently scheduled for June 26, 2020 at 3:45 p.m. In light of the parties' ongoing discussions to resolve this matter, as well as the national health emergency, the parties respectfully request that the Court adjourn the conference for approximately 30 days. The Government respectfully requests that time be excluded pursuant to the Speedy Trial Act until the date of the next conference. Defense counsel consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s/
Jason M. Swergold
Assistant United States Attorney
(212) 637-1023

**cc:**   Robert Baum, Esq.
Ariel Werner, Esq.