```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :            19 CR 605(VM)
          -against-               :            ORDER
                                  :
DRAGOMIR CERANIC,                 :
                                  :
               Defendant.         :
---------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 9/16/20**

**VICTOR MARRERO, U.S.D.J.:**

    Counsel for the Defendant, with the consent of counsel for the Government (see Dkt. No. 32), requests that the status conference currently scheduled for September 18, 2020 be rescheduled. The conference shall be scheduled for Friday November 20, 2020 at 12:15 p.m.

    All parties to this action consent to an exclusion of time from the Speedy Trial Act until November 20, 2020.

    It is hereby ordered that time until November 20, 2020 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
            16 September 2020

                                                      Victor Marrero
                                                        U.S.D.J.