

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 16, 2020

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Dragomir Ceranic*, 19 Cr. 605 (VM)

Dear Judge Marrero:

The Government respectfully submits this letter on behalf of both parties to request an adjournment of the pretrial conference currently scheduled for November 20, 2020 at 12:15 p.m. In light of the parties' ongoing discussions to resolve this matter, the parties respectfully request that the Court adjourn the conference to a date and time in January 2021, at which time the parties anticipate the defendant will enter a guilty plea. The Government respectfully requests that time be excluded pursuant to the Speedy Trial Act until the date of the next conference. Defense counsel consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   \_\_\_\_/s/_____
Jason M. Swergold
Assistant United States Attorney
(212) 637-1023

**cc:**   Robert Baum, Esq.
Ariel Werner, Esq.