USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :         **19 CR 605(VM)**
       -against-                   :            **ORDER**
                                   :
DRAGOMIR CERANIC,                  :
                                   :
                    Defendant.     :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Counsel for the Government, with the consent of counsel for Defendant (see Dkt. No. 36), requests that the status conference currently scheduled for January 22, 2021 be rescheduled. The conference shall be scheduled for Friday April 16, 2021 at 1:00 p.m.

All parties to this action consent to an exclusion of time from the Speedy Trial Act until April 16, 2021.

It is hereby ordered that time until April 16, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
          21 January 2021

_/s/ Victor Marrero_
Victor Marrero
U.S.D.J.