```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
         -against-                 :     **19 CR 605 (VM)**
                                   :           <u>ORDER</u>
DRAGOMIR CERANIC,                  :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in the above matter currently scheduled for Friday, April 16, 2021 is cancelled.

**SO ORDERED:**

Dated:   New York, New York
         13 April 2021

_____
Victor Marrero
U.S.D.J.