USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,          :      **19 CR 605 (VM)**
                                   :
        -against-                  :
                                   :           **ORDER**
DRAGOMIR CERANIC,                  :
                                   :
              Defendant.           :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for Monday, August 23, 2021 will be rescheduled to Friday, October 15, 2021 at 10:30 A.M.

**SO ORDERED:**

Dated:   New York, New York
         14 July 2021

_____
Victor Marrero
U.S.D.J.