```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :      **19 CR 605 (VM)**
                                   :
       -against-                   :
                                   :      **ORDER**
DRAGOMIR CERANIC,                  :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from October 15 to Friday, November 12, 2021 at 12:00 PM.

**SO ORDERED:**

Dated:   New York, New York
         01 October 2021

_____
Victor Marrero
U.S.D.J.