```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **19 CR 605 (VM)**
                                   :
        -against-                  :
                                   :     **ORDER**
DRAGOMIR CERANIC,                  :
                                   :
                Defendant.         :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health crisis, the conference before the Honorable Victor Marrero on Friday, November 12, 2021 at 12:00 p.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED:**

DATED: New York, New York
       04 November 2021

_____
Victor Marrero
U.S.D.J.