# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 30, 2023

**By ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2023

Re:   United States v. Dragomir Ceranic, 19 Cr. 605 (VM)

Dear Judge Marrero:

I represent Dragomir Ceranic in the above-captioned case. In November of 2021, Mr. Ceranic came before this Court for sentencing and was sentenced to five years of probation including 364 days of intermittent confinement in a BOP reentry facility. Mr. Ceranic has completed those 364 days and had no issues on probation.

I write now to request that the Court order the Pretrial Services department to release Mr. Ceranic's passport to him. I have been advised by the department that they cannot release the passport without a court order. The Government has no objection to its release. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
Counsel for Dragomir Ceranic
212-417-8770



Request GRANTED. The Court hereby directs Pretrial Services to release Mr. Ceranic's passport to him.

SO ORDERED.

3/31/2023
DATE

VICTOR MARRERO, U.S.D.J.